AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Anthony M. Cooper Jr_
Plaintiff

V.

_State of Delaware_
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: _O6-396_

I, _Anthony M. Cooper Jr_ _____ declare that I am the (check appropriate box)

• • (Petitioner) Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    • (Yes)    • No    (If "No" go to Question 2)

FILED
JUL 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

If "YES" state the place of your incarceration _Delaware Correctional Center_

**Inmate Identification Number (Required):** _# 00275004_

Are you employed at the institution? _yes_ Do you receive any payment from the institution? _yes_

_Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months'
transactions_

2.    Are you currently employed?    • (Yes)    • No

a.    If the answer is "YES" state the amount of your take-home salary or (wages) and pay period a
and give the name and address of your employer. _$9.00 per month_

b.    If the answer is "NO" state the date of your last employment, the amount of your take-home
salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | • • Yes | • (No) |
| b. | Rent payments, interest or dividends | • • Yes | • (No) |
| c. | Pensions, annuities or life insurance payments | • • Yes | • (No) |
| d. | Disability or workers compensation payments | • • Yes | • (No) |
| e. | Gifts or inheritances | • • Yes | • (No) |
| f. | Any other sources | • (Yes) | • • No |

If the answer to any of the above is "YES" describe each source of money and state the amount
received _AND_ what you expect you will continue to receive. _Brother sends money
occasionally_

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    • • Yes    (• •No)

If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    • • Yes    (• •No)

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

    N/A

I declare under penalty of perjury that the above information is true and correct.

June 24, 2006                    Anthony Cooper
DATE                             SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

UNITED STATES POSTAGE
WILMINGTON DE 19
05 JUL 20

$ 00.63
02 1A
0004608975    JUL 05 2006
MAILED FROM ZIPCODE 19977

I/M Mr. Anthony Cooper
SBI# 275064    UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY



District Court of Delaware
844 King Street
Locker Box 18
Wilmington, De.
19801

13801+3513