# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Anthony Cooper_  SBI#: _275064_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _June 22, 2006_

---

Attached are copies of your inmate account statement for the months of _December 1, 2005_ to _May 31, 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 184.61 |
| April | 68.80 |
| May | 10.06 |

Average daily balances/6 months: _43.91_

Attachments
CC: File

_Stacy Shane_
_6/22/06_

_Paula Powell 6-22-06_

# Individual Statement

Date Printed: 6/21/2006

Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | | |

Current Location: D/W          Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/15/2005 | $0.00 | $0.00 | ($3.17) | $0.00 | 196080 | | 12/6/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.42)

# Individual Statement

Date Printed: 6/21/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | | |

Current Location: D/W       Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/17/2006 | $0.00 | $0.00 | ($3.17) | $0.00 | 209159 | | 1/3/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $0.00 | 211675 | | 11/22/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $0.00 | 211676 | | 11/22/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | 214214 | | 1/17/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | 214215 | | 1/17/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.42)

# Individual Statement

Date Printed: 6/21/2006

## For Month of February 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($2.53) | $0.00 | 220572 | | INDIGENT 1/31/06 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($3.85) | $0.00 | 221546 | | 12/8/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($3.85) | $0.00 | 221557 | | 12/8/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 223872 | | 2/2/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 223875 | | 2/2/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($11.42)

# Individual Statement
## For Month of March 2006

Date Printed: 6/21/2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | | | |
| Current Location: | D/W | | | Comments: | | | |

Page 1 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 3/1/2006 | $300.00 | $0.00 | $0.00 | $300.00 | 229740 | 4787697651 | 11/1/05 | C. COOPER |
| Canteen | 3/8/2006 | ($74.04) | $0.00 | $0.00 | $225.96 | 232279 | | | |
| Supplies-MailP | 3/10/2006 | ($3.65) | $0.00 | $0.00 | $222.31 | 234151 | | DST/POSTAGE | |
| Pay-To | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $221.94 | 234190 | | DST/POSTAGE | |
| Pay-To | 3/10/2006 | ($3.89) | $0.00 | $0.00 | $218.05 | 234216 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($1.75) | $0.00 | $0.00 | $216.30 | 234236 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($0.60) | $0.00 | $0.00 | $215.70 | 234237 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $215.33 | 234245 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $214.96 | 234246 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($1.29) | $0.00 | $0.00 | $213.67 | 234262 | | 10/4/05 | |
| Supplies-MailP | 3/10/2006 | ($1.29) | $0.00 | $0.00 | $212.38 | 234263 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($2.25) | $0.00 | $0.00 | $210.13 | 234295 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($1.20) | $0.00 | $0.00 | $208.93 | 234317 | | POSTAGE | |
| Supplies-MailP | 3/10/2006 | ($0.60) | $0.00 | $0.00 | $208.33 | 234316 | | 12/6/05 | |
| Supplies-MailP | 3/10/2006 | ($3.17) | $0.00 | $0.00 | $205.16 | 234350 | | 1/3/06 | |
| Supplies-MailP | 3/10/2006 | ($3.17) | $0.00 | $0.00 | $201.99 | 234362 | | INDIGENT 1/31/06 | |
| Supplies-MailP | 3/10/2006 | ($2.53) | $0.00 | $0.00 | $199.46 | 234393 | | 12/8/05 | |
| Supplies-MailP | 3/10/2006 | ($3.85) | $0.00 | $0.00 | $195.61 | 234619 | | 12/8/05 | |
| Supplies-MailP | 3/10/2006 | ($3.85) | $0.00 | $0.00 | $191.76 | 234627 | | 11/22/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $191.39 | 234634 | | 11/22/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $191.02 | 234635 | | 1/17/06 | |
| Supplies-MailP | 3/10/2006 | ($0.87) | $0.00 | $0.00 | $190.15 | 234756 | | 1/17/06 | |
| Supplies-MailP | 3/10/2006 | ($0.87) | $0.00 | $0.00 | $189.28 | 234757 | | 2/2/06 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $188.65 | 234870 | | 2/2/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | ($2.73) | $188.26 | 234871 | | INDIGENT 3/1/06 | |
| Supplies-MailP | 3/15/2006 | $0.00 | $0.00 | $0.00 | $188.26 | 236539 | | | |
| Canteen | 3/15/2006 | ($35.66) | $0.00 | $0.00 | $152.60 | 236843 | | | |
| Canteen | 3/22/2006 | ($28.88) | $0.00 | $0.00 | $123.72 | 239401 | | | |
| Canteen | 3/29/2006 | ($24.58) | $0.00 | $0.00 | $99.14 | 242294 | | | |
| Pay-To | 3/31/2006 | ($2.00) | $0.00 | $0.00 | $97.14 | 243208 | | NAACP | |

# Individual Statement

Date Printed: 6/21/2006

Page 2 of 2

## For Month of March 2006

Ending Mth Balance: $97.14

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.42)

# Individual Statement

Date Printed: 6/21/2006                                                                 Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $97.14 |
|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/5/2006 | ($9.61) | $0.00 | $0.00 | $87.53 | 245705 | | | |
| Canteen | 4/12/2006 | ($15.28) | $0.00 | $0.00 | $72.25 | 248638 | | | |
| Canteen | 4/19/2006 | ($15.01) | $0.00 | $0.00 | $57.24 | 251080 | | | |
| Supplies-MailP | 4/20/2006 | ($2.73) | $0.00 | $0.00 | $54.51 | 252211 | | INDIGENT 3/1/06 | |
| Canteen | 4/26/2006 | ($19.96) | $0.00 | $0.00 | $34.55 | 255101 | | | |

Ending Mth Balance: $34.55

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.42)

# Individual Statement

## For Month of May 2006

Date Printed: 6/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $34.55 |
|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | | |
| Current Location: | D/W | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2006 | ($8.73) | $0.00 | $0.00 | $25.82 | 258962 | | | |
| Canteen | 5/10/2006 | ($17.13) | $0.00 | $0.00 | $8.69 | 261478 | | | |
| Canteen | 5/17/2006 | ($8.62) | $0.00 | $0.00 | $0.07 | 264543 | | | |

Ending Mth Balance: $0.07

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($11.42)