D.I. #_____

# CIVIL ACTION
# NUMBER:_____ 06 CV 396 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4,20 |
| Certified Fee | 2,40 |
| Return Receipt Fee (Endorsement Required) | 1,85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8,45 |

Sent To
WARDEN ROBERT SNYDER
Street, Apt. No.; or PO Box No.
DELAWARE CORRECTIONAL CENTER
City, State, ZIP+4
SMYRNA, DE  19977

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0004 3169 6589