D.I. # _____

# CIVIL ACTION
# NUMBER: ___06 CV 396 JJF___

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

        OFFICIAL USE

Postage                              $  420         06-396 JJF
Certified Fee                           240
Return Receipt Fee                                  Postmark
(Endorsement Required)                  185         Here
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees                 $  8.45

Sent To      WARDEN TOM CARROLL
Street, Apt. No.;  DELAWARE CORRECTIONAL CENTER
or PO Box No.      1181 PADDOCK RD.
City, State, ZIP+4 SMYRNA, DE 19977

PS Form 3800, June 2002              See Reverse for Instructions

7005 1820 0004 3169 6671
```