United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06-396 JJF_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Keating Ols_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>_Jen t rice oules_  _8/9/06_<br>D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>**WARDEN TOM CARROLL**<br>**DELAWARE CORRECTIONAL CENTER**<br>**1181 PADDOCK RD.**<br>**SMYRNA, DE 19977** | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1820 0004 3169 6671 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



FILED

AUG 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE