IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY A. COOPER JR.
    Petitioner

V.                                     Civil Action No. 06-396, JJF

STATE OF DELAWARE
    Respondent

FILED
SEP 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

    **Comes Now, the petitioner Anthony A. Cooper Jr,** pro se and moves this Honorable Court for appointment of counsel, to represent petitioner.

    In support of this motion petitioner states that the following is true and correct, to the best of his knowledge and belief.

    1. Petitioner is incarcerated.

    2. Petitioner is unskilled in the law.

    3. The adminstration at the Delaware Correctional Center where the petitioner is held limits the days and times that petitioner is allowed access to the law library.

    4. Appointment of counsel would serve " the best interests of justice" in this case.

**Wherefore,** petitioner prays this Honorable Court appoint counsel to represent the petitioner.


Date September 5, 2006                        Anthony A. Cooper Jr.

                                                          *Anthony Cooper*
                                                          #275064
                                                          Delaware Corr. Center
                                                          1181 Paddock Road
                                                          Smyrna, De. 19977

Scanned- BD 9/11/06

## Certificate of Service

I, _Anthony A. Cooper Jr_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion for appointment of Counsel_ upon the following parties/person (s):

TO: _Atty Gen Carl C. Danberg_
_Del Dept of Justice_
_820 N. French St_
_Wilmington, DE. 19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __5__ day of _September_, 200_6_

_Anthony Cooper_



I/M Mr Anthony Cooper
SBI# 275064   UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N King St Lockbox 18
Wilmington, Delaware
19801-3570