

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

October 3, 2006

**PLEASE REPLY TO:**

Appellate Division - New Castle County

<u>**Via U.S. Mail**</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    Cooper v. Carroll, Civ.Act.No. 06-396-JJF

Dear Judge Farnan:

      I am writing in the above referenced matter to request the Court's indulgence with regard to my noncompliance with this Court's prior order. I mistakenly believed that the State's answer in *Cooper v. Carroll* was due on October 4, 2006 rather than October 2, 2006. On October 3, 2006, I filed a request for an extension of time to file the State's answer with this Court. (D.I. 18). I respectfully request that the Court grant the State additional time to file its answer.

      Sincerely,

      James T. Wakley
      Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on October 4, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Anthony A. Cooper
SBI No. 00275064
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date: October 3, 2006