Clerk of the Court
United States District Court
844 King Street
Locker Box 18
Wilmington, DE 19801

October 3, 2006

Anthony A. Cooper Jr.,#275064
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

RE: Cooper v. Carroll et-al Case No.06-396-JJF

Dear Sir:
Please forward to me the docket sheet for the above captioned case.

Respectfully
*Anthony Cooper*
Anthony A. Cooper Jr.

FILED
OCT 10 2006

