## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ANTHONY A. COOPER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-396-JJF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

This ___12___ day of ___October___ , 2006,

WHEREAS, respondents having requested an extension of time in which to file

certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made

and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

October 27, 2006.


United States District Judge