IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ANTHONY A. COOPER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 06-396-JJF |
| | ) |
| **THOMAS CARROLL**, Warden | ) |
| and **CARL C. DANBERG**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

NOTICE OF SUPPLEMENTAL FILING
OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket #0301018775

b. Appellant's Opening Brief and Appendix under Rule 26(c) (No. 604, 2003)

c. State's Answer (No. 604, 2003)

d. Order (May 21, 1996) (99, 1996)

e. Appellant's May 3, 2004 Motion to Amend (No. 604, 2003)

f. State's Supplemental Answer (No. 604, 2003)

g. Order (June 30, 2004) (No. 604, 2003)

h. Appellant's Opening Brief and Appendix (No. 438, 2005)

i. State's Answer (No. 438, 2005)

j. Order (June 6, 2006) (No. 438, 2005)

                                            /s/ James T. Wakley
                                            Deputy Attorney General
                                            Department of Justice
                                            820 N. French Street
                                            Wilmington, DE 19801
                                            (302) 577-8500
DATE: October 27, 2006                    Del. Bar. ID No. 4612

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also certify that on October 27, 2006, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Anthony A. Cooper
SBI No. 00275064
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: October 27, 2006