IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Anthony A. Cooper Jr., Plaintiff. | ) ) ) | |
| v. | ) ) | Civil Action No. 06-396 JJF |
| Thomas C. Carroll Et al | ) ) ) ) | |

Motion to Amend

FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Now Comes Anthony A. Cooper Jr., petitioner in the above captioned case, motioning this Court for leave, to amend information contained in petitioners, reply to state answer, pursuant to Rule 15, federal rules of civil procedure.

It should be noted by the Court: petitioner is a pro-se litigant and should be granted the indulgence of the Court in this instance, for clarity.

Petitioner requests this Court make the following amendment in the interest of justice. Petitioner upon review of filed reply to states answer, has discovered a 28 U.S.C. § 2254 rule citing error, which if not corrected, will not reflect accuracy of rule information being applied. Petitioner has cited, 28 U. S.C. § rule (8) as the applicable rule for "Rule (5) THE ANSWER AND REPLY". Petitioner humbly request's that in all instances where rule (8) has been cited, Rule (5), 28 U.S.C. § 2254 should be entered.

                                      Respectfully

Date. November 9, 2006         *[signature]*
                                      Anthony A. Cooper Jr.
                                      00275064
                                      1181 Paddock Road
                                      Smyrna, De. 19977

## Certificate of Service

I, _Anthony A. Cooper Jr_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion to amend_ _____ upon the following parties/person (s):

TO: _Carl Danberg_
_Attorney General_
_Dept of Justice_
_820 N. French Street_
_Wilmington, Delaware_
_19801-3509_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __9__ day of __November__, 200_6_

_Anthony Cooper_

FROM Mr. Anthony Cooper
SBI# 225064   UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39⁰  NOV 10 2006
MAILED FROM ZIP CODE 19977

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570