IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY A. COOPER, JR.,  :
                   :
       Petitioner,   :
                   :
v.                 :    Civil Action No. 06-396-JJF
                   :
THOMAS CARROLL, Warden,   :
and ATTORNEY GENERAL
OF THE STATE OF           :
DELAWARE,                 :
                   :
       Respondents.  :

**O R D E R**

At Wilmington this $\underline{12}$ day of December, 2006;

IT IS ORDERED that:

Petitioner Anthony A. Cooper, Jr.'s Motion to Amend his

Reply is **GRANTED**.  (D.I. 30)

                                   
UNITED STATES DISTRICT JUDGE