NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 06-396-J.J.F.

ANTHONY A. COOPER Jr.

v.

DISTRICT COURT
JUDGE: J.J.F.

WARDEN: BETTY BURRIS

Notice is hereby given that ANTHONY A. COOPER JR.

Appeals to the United States Court of Appeals for the Third Circuit from ☐ Judgment ☒ Order,

☐ Other (specify) DISTRICT COURT OF DELAWARE

Entered in this action on November 6, 2007

Dated: NOV 14, 2007

_Anthony A. Cooper Jr. Pro-SE_
(Counsel for Appellant-Signature)

ANTHONY A. COOPER JR. PRO-SE
(Name of Counsel – Typed)

1181 PADDOCK ROAD
(Address)

SMYRNA, DELAWARE 19977
(City, State Zip)

_____
(Telephone Number)

ATTNY. GEN. J.R. BIDEN
Counsel for Appellee

820 N. FRENCH ST
(Address)

WILMINGTON DELAWARE 19801
(City, State Zip)

_____
Telephone Number

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTED: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY A. COOPER,                :
                                  :
            Petitioner,           :
                                  :
      v.                          :    Civ. Act. No. 06-396-JJF
                                  :
THOMAS CARROLL, Warden, and JOSEPH :
R. BIDEN, III, Attorney General   :
of the State of Delaware,         :
                                  :
            Respondents.          :

### O R D E R

At Wilmington, this 6 day of November, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Anthony A. Cooper's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1; D.I. 2.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE

I/M Mr. Anthony A. Cooper Jr.
SBI# 00275064    UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

UNITED STATES POSTAGE
02 1A
0004608975
$ 00.58⁰
NOV 15 2007
MAILED FROM ZIP CODE
PITNEY BOWES