AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ANTHONY A. COOPER JR.
    Plaintiff,
    v.

**WARDEN ; BETTY BURRIS**
    Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: No.06-396

I, Anthony A. Cooper Jr. declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration Delaware Correctional Center

   **Inmate Identification Number (Required):** 00275064

   Are you employed at the institution? No  Do you receive any payment from the institution? No

   *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2. Are you currently employed? ☐ Yes    ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. $10.00 per month from family. Always unexpecred source.

FILED NOV 16 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or saving accounts? ☐ Yes ☒ No

   If "Yes" state the total amount $N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.
   N/A.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.
   NONE.

   I declare under penalty of perjury that the above information is true and correct.

   Nov 14, 2007
   DATE

   Anthony Cooper
   SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have **multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:     *Anthony Cooper*   SBI#: *275064*

FROM:   *Mercedes VALLIN*

RE:     **6 Months Account Statement**

DATE:   *10/30/07*

---

Attached are copies of your inmate account statement for the months of *April 2007* to *September 2007*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|------------------------|
| Apr   | 11.47 |
| May   | 12.37 |
| Jun   | 8.04 |
| Jul   | 4.24 |
| Aug   | 8.68 |
| Sept  | 5.97 |

Average daily balances/6 months: 8.46

Attachments
CC: File

*Mercedes Vallin*
10/30/07

*Jeanette L Davis*
10/30/07

**Individual Statement**
**From April 2007 to September 2007**

Date Printed: 10/30/2007    Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | Beginning Month Balance: | $3.74 |
| Current Location: | W1 | | | | Ending Month Balance: | $0.02 |

Comments:

| Date | Trans Type | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| 4/2/2007 | Wage-1099 | $9.60 | $0.00 | $0.00 | $13.34 | 408038 | | | |
| 4/11/2007 | Canteen | ($11.41) | $0.00 | $0.00 | $1.93 | 412722 | | | |
| 4/16/2007 | Mail | $10.00 | $0.00 | $0.00 | $11.93 | 415218 | 08703891987 | DELTA 2/24-3/23/07 | O COOPER |
| 4/18/2007 | Canteen | ($1.90) | $0.00 | $0.00 | $10.03 | 416370 | | | |
| 4/24/2007 | Canteen | ($9.82) | $0.00 | $0.00 | $0.21 | 419522 | | | |
| 4/26/2007 | Mail | $25.00 | $0.00 | $0.00 | $25.21 | 420139 | 48299604573 | D BLDG 18 3/24-4/23/ | C JENKINS |
| 5/1/2007 | Wage-1099 | $9.60 | $0.00 | $0.00 | $34.81 | 422168 | | | |
| 5/2/2007 | Canteen | ($15.35) | $0.00 | $0.00 | $19.46 | 423061 | | | |
| 5/8/2007 | Canteen | ($12.33) | $0.00 | $0.00 | $7.13 | 425883 | | | |
| 5/9/2007 | Mail | $10.00 | $0.00 | $0.00 | $17.13 | 426536 | 200055745593 | DELTA 4/24-5/23/07 | O ARCHER |
| 5/16/2007 | Canteen | ($10.89) | $0.00 | $0.00 | $6.24 | 429043 | | | |
| 5/23/2007 | Canteen | ($6.11) | $0.00 | $0.00 | $0.13 | 431513 | | | |
| 5/29/2007 | Mail | $20.00 | $0.00 | $0.00 | $20.13 | 433541 | 08657058618 | | C JENKINS |
| 6/1/2007 | Wage-1099 | $9.60 | $0.00 | $0.00 | $29.73 | 435515 | | | |
| 6/5/2007 | Canteen | ($25.54) | $0.00 | $0.00 | $4.19 | 439323 | | | |
| 6/8/2007 | Pay-To | ($1.50) | $0.00 | $0.00 | $2.69 | 440737 | | NAACP | |
| 6/12/2007 | Mail | $10.00 | $0.00 | $0.00 | $12.69 | 441776 | 200055740214 | DELTA 5/24-6/23/07 | O ARCHER |
| 6/13/2007 | Canteen | ($2.41) | $0.00 | $0.00 | $10.28 | 442303 | | | |
| 6/20/2007 | Canteen | ($8.97) | $0.00 | $0.00 | $1.31 | 445493 | | | |
| 7/2/2007 | Wage-1099 | $9.60 | $0.00 | $0.00 | $10.91 | 449968 | | | |
| 7/5/2007 | Canteen | ($10.47) | $0.00 | $0.00 | $0.44 | 451814 | | | |
| 7/16/2007 | Mail | $10.00 | $0.00 | $0.00 | $10.44 | 456643 | 20028959544 | | O COOPER |
| 7/16/2007 | Supplies-MailPosta | $0.00 | $0.00 | ($0.41) | $10.44 | 456828 | | 6/19/07 | |
| 7/19/2007 | Supplies-MailPosta | ($0.41) | $0.00 | $0.00 | $10.03 | 459774 | | 6/19/07 | |
| 7/25/2007 | Canteen | ($9.88) | $0.00 | $0.00 | $0.15 | 461468 | | | |
| 8/1/2007 | Wage-1099 | $9.60 | $0.00 | $0.00 | $9.75 | 463123 | | | |
| 8/1/2007 | Canteen | ($9.55) | $0.00 | $0.00 | $0.20 | 465010 | | | |
| 8/17/2007 | Mail | $10.00 | $0.00 | $0.00 | $10.20 | 473076 | 20033289415 | DELTA 6/24-7/23/07 | O ARCHER |
| 8/23/2007 | Canteen | ($9.67) | $0.00 | $0.00 | $0.53 | 475903 | | | |
| 8/23/2007 | Mail | $25.00 | $0.00 | $0.00 | $25.53 | 476162 | 08724288009 | | S NOWELL |
| 8/27/2007 | Mail | $10.00 | $0.00 | $0.00 | $35.53 | 477851 | 11474728413 | | M LOVE |

# Individual Statement
## From April 2007 to September 2007

Date Printed: 10/30/2007  
Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00275064 | Cooper | Anthony | | | Beginning Month Balance: | $3.74 |
| Current Location: | W1 | | | Comments: | Ending Month Balance: | $0.02 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/29/2007 | ($25.08) | $0.00 | $0.00 | $10.45 | 478800 | | | |
| Wage-1099 | 9/4/2007 | $9.60 | $0.00 | $0.00 | $20.05 | 479996 | | d/w 7/24-8/23/07 | |
| Canteen | 9/5/2007 | ($11.42) | $0.00 | $0.00 | $8.63 | 482264 | | | |
| Medical | 9/7/2007 | $0.00 | ($4.00) | $0.00 | $8.63 | 483578 | | 8/31/07 | |
| Medical | 9/7/2007 | ($4.00) | $0.00 | $0.00 | $4.63 | 483756 | | 8/31/07 | |
| Canteen | 9/12/2007 | ($4.14) | $0.00 | $0.00 | $0.49 | 485492 | | | |
| Mail | 9/19/2007 | $10.00 | $0.00 | $0.00 | $10.49 | 488279 | 200341676458 | | A ARCHIE |
| Canteen | 9/27/2007 | ($10.47) | $0.00 | $0.00 | $0.02 | 491370 | | | |

Ending Month Balance: $0.02

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Legal Hold: $0.00  
Total Amount Currently on Restitution Hold: $0.00  
Total Amount Currently on Other Hold: $0.00



## Certificate of Service

I, Anthony A. Cooper Jr. hereby certify that I have served a true and correct copy(ies) of the attached Notice of Appea & Application to proceed without prepayment of Fees and Affidavit upon the following parties/persons:

To: ATTORNEY General J.R. BIDEN

   DEPARTMENT OF JUSTICE

   820 N. FRENCH STREET

   WILIMINGTON, DELAWARE  19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 14 day of November, 2007

------------------------------

Anthony A. Cooper Jr.
SBI # 00275064



I/M Mr. Anthony A. Cooper Jr
SBI# 00275064   UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570