IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY A. COOPER, :
:
        Petitioner, :
:
v. : Civ. Act. No. 06-396-JJF
:
THOMAS CARROLL, Warden, and JOSEPH :
R. BIDEN, III, Attorney General :
of the State of Delaware, :
:
        Respondents. :

**O R D E R**

Petitioner Anthony A. Cooper has filed a Motion To Proceed In Forma Pauperis On Appeal. (D.I. 35.) This Court previously granted Petitioner's Motion To Proceed In Forma Pauperis in his federal habeas proceeding. (D.I. 7.) Therefore, Petitioner's Motion To Proceed In Forma Pauperis On Appeal is DENIED as unnecessary. See Federal Rule of Appellate Procedure 24(a)(3)("party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith").

December 3, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE